IN THE COURT OF APPEALS HOUSTON 14 DISTRICT

WRIT NO. 01-15-0295-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS
APR - 8 2015
CHRISTOPHER A. PRINE

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
APR 08 2015
CHRISTOPHER A. PRINE
CLERK

THOMAS W. FLORENCE, Relator

GAL. CO. DIST. CLERK, JOHN KINIARD, RESPONDENT

MOTION FOR LEAVE TO FILE EVIDENCE IN SUPPORT OF HIS MANDAMUS PLACED IN PRISON MAIL 3-31-2015 8:02 pm

COMES NOW RELATOR, JUST OBTAINED EVIDENCE TODAY LEGAL MAIL CAME OUT AT 2:30 pm FROM GAL. CO. DISTRICT CLERK JOHN KINIARD.

SEE, EXHIBIT A1, JOHN KINIARD FILES A FRAUDULENT PLEADING IN AN ATTEMPT TO COVER UP THE CONSTITUTIONAL RIGHTS VIOLATION OF RELATOR ACCESS TO COURT'S RIGHT, SEE, DELEON v. DIST. CLERK, 187 Sw3d 473, (TEX. (TEX. CRIM. APP. 2006).

MR. KINIARD FALSELY STATES THAT THE TEXAS COURT OF CRIMINAL APPEALS ACTED ON MY ART. 11.07 10CR1217-83-1 FILED 10-26-2010 SEE, 10CR1217=01-11-00822CR DOCKET SHEET AT P's 04:84.

SEE, EXHIBIT A2 P.2 THE STATE ADMITS 10CR1217-83-1 10-26-2010 (11.07 SEC 2 11.08) WRIT WAS NEVER SENT TO THE

1

TRIAL COURT NOT HAVING JURESDICTION DUE TO MANDATE NOT BEING ISSUED.

THIS 10-26-2010 11.07, SEC(3) 11.08 WRIT WAS TO GO TO HON. JOHN ELLISOR'S COURT INDICTMENT COURT ON 7-14-2010 NOT THE TRIAL COURT.

THE INDICTMENT COURT WAS NEVER PRESENTED WITH MY TIMELY FILED. 11.07 SEC.2 11.08 WRIT.

10CR1217-83-1 WAS FILED BEFORE 8-5-11 CONVICTION AND BEFORE 3-14-2014 MANDATE THAT HAD NOTHING TO DO WITH MY 10CR1217-83-1 10-26-2010 11.07(2), 11.08, WRIT.

SEE, EXHIBIT A1Q ~~XXXXXXXXXX~~ STATEMENT AND CLERKS RECORD THAT MY 10CR1217-83-1 WRIT WAS FILED ON OCTOBER 17, 2011.

SEE, EXHIBIT'S A1.c-A1.e WHERE GALVESTON COUNTY DISTRICT CLERK JOHN KINARD FALSELY AND IN BAD FAITH MISREPRESENT LEGAL Id. DOCUMENTS IN AN ATTEMPT TO STATE THAT MY 10-26-2010 11.07(2), 11.08 WRIT WAS SENT TO THE C.C.A. AND THAT I WAS DENIED 11.07 SEC.1 3(a)(b)(c) SEE, EXH. A3 P.2 THE STATE'S TESTIMONY 4-24-2014 REFUTES JOHN KINARD'S FALSE MISREPRESENTATION OF DOCUMENTS. TO TRY TO

2

AUDIO TRANSMITTING 10CR1217-83-1 10-26-2010 11.07(2), 11.08 WRIT TO THE C.C.A. WHO WILL HAVE TO GIVE THE 122ND DISTRICT COURT 10CR1217 INDICTING JUDGE JOHN ELLIS OR THE OPPORTUNITY TO ADDRESS 10CR1217-83-1 (AND ALL THE NEW EVIDENCE OBTAINED SINCE 10-26-2010). ALSO SEE[FN] ROGER EZELL'S DISTRICT ATTORNEY REPLY TO 10CR1217-83-2 CITING APPEAL PENDING. (FILED AS EVIDENCE IN FED. CT.) A1.d. A1e IS MY 10CR1217-83-2 WRIT AND NOT MY 10CR1217-83-1 WRIT THAT WAS NEVER SENT AS OF THIS 4-1-2015 FILING.

JOHN KINARD OMITTED THE (2) OF OF 10CR-1217-83( ) A1d-A1e, SUPRA.

SEE. EXHIBIT A1,Q IN SUPPORT THAT 10CR1217-83-2 IS EXH's A1d A1e

SEE. EXHIBIT'S A1d-A1, P RECIEVED 3-31-2015 VERIFIED BY PRISON MAIL ROOM LEGAL SECTION STAFF.

JOHN KINARD OMIT'S 10CR1217-83-4 WRT. 11.07 SUBJECT MATTER JURISDICTION ATTACK ON GR# 2010-13986 ARREST AND CHARGING VOID 4-21-2210 INSTRUMENTS. SEE. NIX v. STATE, 65 SW3d 604,608 TEX. CRIM. APP. 2001).

ONLY 10CR1217-83-3; 10CR1217-83-4 10CR1217-83-5 FILINGS A1d.A1p WAS SENT 3-25-15

FN, 1 REPLY TO 10CR1217-83-2    3

AND 10CR1217-83-2, UNDER THE FALSE PRETENSE THAT Id. NOVEMBER 8, 2011 WRIT IS 10CR1217-83-1 10-26-2010 ART. 11.07. SEC.(2)(2)(b), E).

SEE. EXHIBIT A3 P2; SEE. 10CR1217-~~00~~ = 01-11-00 822 CR DOCKET SHEET PAGES 64; 84 SHOWS 10CR1217* 10-26-2010 ART. 11.07 (2); 11.08 WRIT.

* JOHN KINARD HAS A NON-DISCRETIONARY DUTY TO IMMEDIATELY TRANSMIT ALL 10CR1217-83-1 10-26-2010 ART. 11.07 SEC (2) 11.08 WRIT TO THE C.C.A. SEE. ART. 11. 07 SEC. 3 (a), (b)(X) SO THAT SAID WRIT MAY BE REMANDED TO 122ND DISTRICT COURT JOHN ELLISOK (11.08  ) FOR RULING AND NOT THE TRIAL COURT.

THIS WAS AN ILLEGAL TACTIC USED BY FORMER FIRED ~~XXXX~~ DIST. CLERK JASON MURRAY TRIAL COURT CONNIE COX; KAY HANSON AND STATE NOT TO SUBMIT 10CR1217-83-1 ART. 11.07 SEC (2); 11.08, SUPRA, 10-26-2010 WRIT TO THE INDICTING COURT AS MANDATED WITH SAID TIMELY FILED Id. 10CR1217-83-1 WRIT.

RELATOR HAS BEEN DENIED RELIEF IN THE C.C.A. ONLY BASED OFF OF THE TRIAL COURT'S BIAS AND VOID ORDER'S ENTERED IN 10CR12-

4

17-83-2-5, AND DENIED RELIEF ON 7-30-14 AND VOID 01-11-00822CR 4-14-14 MANDATE ISSUED DUE TO STATE'S FALSE AND FRIVOLOUS, MISREPRESENTED ARGUMENTS TO ISSUE NO. 3, WHICH THE APPEAL COURT MISSTATED AND MISAPPLIED THE LAW ON ISSUE #3 (T.C.C.P. 45.018 (a), 45.019 (a)(2)(4)(7), 15.05 (2), ART. 1.23.).

HAD APPEAL COURT NOT MISAPPLIED THE LAW TO FACT (ISSUE #3) ISSUE. IT ONLY HAD JURISDICTION TO DIRECT TRIAL COURT TO DISMISS 10CR1217 DUE TO SUBJECTMATTER JURISDICTION.

✱ JOHN KINARD MUST ⊕ TRANSMIT 10CR1217-83-ART. 11.07 SEC(2), 11.08 10-26-2010 DOCUMENTS IMMEDIATELY TO, C.C.A.

MANDATORY NON DISCRETIONARY DUTY. MANDAMUS IS PROPER IN THIS PARTICULAR CASE.

SEE, GREENISH v. DIR. OWCP 990 F.2d 730, 736 (3RD CIR. 1993). THE RELATOR HAS PRESENT DIRECT AND PREPONDERANCE OF THE EVIDENCE FOR RELIEF.

Thomas _____ 4-1-15

I CERTIFY A TRUE/CORRECT COPY WAS SENT TO Clerk 600 San St, Ste 400, Gal. TX 77551
4-1-15

 

# JOHN D. KINARD

## DISTRICT CLERK GALVESTON COUNTY

Thomas Wayne Florence
Allred Unit-TDCJ #1729344                              3/25/2015
2101 FM 369 North
Iowa Park, TX 76367


Dear Thomas Wayne Florence,

Cause: 10CR1217-83-5, Styled: Ex Parte: Thomas Wayne Florence,
& filed in the 56th District Court of Galveston County, Texas

I am responding to your correspondence that was received on March 16 2015 and March 24, 2015. This office has not received any records from T-Mobile Inc. or Cricket Comm. I am sending copies to you from your previous Application for Post- Conviction Habeas Corpus in response to your Notice to Clerk prior to filing Writ of Mandamus. Please find enclosed copies of the following documents filed in the above number and styled cause.

1. Correspondence from Court of Appeals noting receipt of Application for Writ of Habeas Corpus (10CR1217-83-1 Writ No. 63,775-07)
2. Correspondence from Court of Appeals Dismissing Application for Writ of Habeas Corpus (10CR1217-83-1 Writ No. 63,775-07)
3. Notification by Clerk of Dismissal of Writ dated December 19, 2011 (10Cr1217-83-1)
4. Transmittal Letter to Court of Appeals dated April 30, 2014 (10CR1217-83-3)
5. Correspondence from Court of Appeals dated May 2, 2014 (10CR1217-83-3 WR No. 63,775-16
6. Clerks Index to Court of Appeals (10CR1217-83-3)
7. Transmittal Letter noted Received from Court of Appeals (10CR1217-83-3)
8. Supplemental Index (10CR1217-83-3)
9. Correspondence from Court of Appeals Denying Application for Writ of Habeas Corpus dated July 9, 2014
10. Clerks Notification to Deft as to Denial of Writ dated July 14, 2014



# JOHN D. KINARD

## DISTRICT CLERK GALVESTON COUNTY

Please take note that I have already completed the record on Application for Writ of Habeas Corpus 10CR1217-83-5. This was sent to the Court of Appeals on March 13, 2015. I sent you copies of the index on the same date. Therefore I will have to supplement the record with the documents that you are filing after that date. Please keep in mind when sending new documents that the record has already been sent to the court of appeals.

Sincerely,

John D. Kinard
DISTRICT CLERK
GALVESTON COUNTY, TEXAS

By: 
Terrie Kahla, Deputy


CC: File Copy

□ COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RE: Writ No. WR-63,775-07
STYLE: Florence, Thomas Wayne
TRIAL CT NO: 10CR1217-83
11/14/2011
On this day, the application for 11.07 Writ of Habeas Corpus has
been received and presented to the Court.

Louise Pearson, Clerk

District Clerk Galveston County
Jason E. Murray
600 59th St. Suite 4001
Galveston, TX 77551

A1d

 COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

RE: Writ No. WR-63,775-07
STYLE: Florence, Thomas Wayne
TRIAL CT NO: 10CR1217-83
12/7/2011

    This is to advise that the Court has dismissed your application for a writ of habeas corpus because a direct appeal was pending on the date the application was filed. TEX. CODE CRIM. PROC. Art. 11.07, Sec. 1, 3(a)-(b).

                             Louise Pearson, Clerk

District Clerk Galveston County
Jason E. Murray
600 59th St. Suite 4001
Galveston, TX 77551







# JASON E. MURRAY
### DISTRICT CLERK
### GALVESTON COUNTY, TEXAS

| | |
|---|---|
| **Galveston Office** | **League City Office** |
| 600 59th Street, RM 4409 | 174 Calder Rd. |
| Galveston, Tx 77551-2388 | League City, Tx 77573 |
| Phone(409)766-2424 | Phone (281)316-8729 |
| Fax (409)766-2292 | Fax (281) 316-8740 |

**THOMAS FLORENCE #1729344 / 109293**
**GALVESTON COUNTY JAIL**

**December 19, 2011**

IN RE: **THOMAS FLORENCE**
Cause Number **10CR1217-83**


Dear **THOMAS FLORENCE,**
    Please find a copy of the notification to this office that the court of criminal appeals of the state of Texas has **dismissed** without written order your application for writ of habeas corpus.

Sincerely,

Jason E. Murray
District Clerk
Galveston, County, Texas


*/S/ Lacy Belcher*
By: LACY BELCHER, Deputy







John D. Kinard
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

Galveston Office
600 59th Street, RM 4409
Galveston, Tx 77551-2388
Phone(409)766-2424
Fax (409)766-2292

League City Office
174 Calder Rd.
League City, Tx 77573
Phone (281)316-8729
Fax (281) 316-8740

4/30/2014

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308 Capitol Station
Austin, Texas 78711

**IN RE: Ex Parte: Thomas Wayne Florence**
**CASE NUMBER – 10CR1217-83-3**
**56th District Court**

Dear Mr. Acosta:

Enclosed please find the transcript on a Post Conviction Habeas Corpus in the above styled and numbered cause. Please acknowledge receipt of this transcript on the enclosed copy of this letter and return to my office.

Sincerely,

**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

By: /s/ Terrie Kahla

Enclosures

cc:     Thomas Wayne Florence, APPLICANT
        Honorable Jack Roady, District Attorney

Receipt acknowledged of the above transcript on the _____ day of _____, _____.

_____
Signature

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*

10CR1217-83-3
DCCORR
Correspondence
849043





A19



10CR1217-83-3 - 56th

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE



5/2/2014

On this day, the application for 11.07 Writ of Habeas Corpus has been received and presented to the Court.

Abel Acosta, Clerk

WR-63,775-16 Florence, Thomas Wayne   Trial Court No. 10CR1217-83-3

DISTRICT CLERK GALVESTON COUNTY
JOHN KINARD
600 59TH ST SUITE 4001
GALVESTON TX 77551

10CR1217-83-3
DCCOFCA
Correspondence from Court of Appeal
855385

A19

# POST CONVICTION HABEAS CORPUS
## (ARTICLE 11.07, V.A.C.C.P. )

10CR1217-83-3– Court No. 56th District Court

PETITIONER:   Thomas Wayne Florence #1729344
ADDRESS:      James V. Allred Unit
              2101 FM 369 North
              Iowa Park, TX 76367

FROM:         John D. Kinard, District Clerk
              600 59th Street, Ste. 4001
              Galveston, Texas 77551-2338

JUDGE:        Lonnie Cox –56th District Court

ATTORNEY FOR PETITIONER:              ATTORNEY FOR STATE:

PRO SE                                Jack Roady
                                      District Attorney
                                      600 59th Street, Ste. 1001
                                      Galveston, Texas 77551-2338

## INDEX

| | Page |
|---|---|
| Petition for Writ of Habeas Corpus | 1 |
| Correspondence | 248 |
| Notice to Petitioner of Filing | 249 |
| Waiver of Service by District Attorney | 250 |
| Motion for Leave of Court to Submit WR No. 63,775-15 | 251 |
| Answer to Application for Post-Conviction Writ of Habeas Corpus | 254 |
| Findings of Fact and Conclusions of Law Without Evidentiary Hearing on Application for Writ of Habeas Corpus | 267 |
| Case Summary | 269 |
| Indictment (Challenged Conviction) | 270 |
| Judgment and Sentence (Challenged Conviction) | 272 |
| Opinion (Challenged Conviction) | 279 |
| Mandate (Challenged Conviction) | 304 |
| Case Summary (Challenged Conviction) | 306 |
| Clerks Certificate | 341 |

10CR1217-83-3
DCAPINDEX
Appeal – Index
849047



**John D. Kinard**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

Galveston Office
600 59th Street, RM 4409
Galveston, Tx 77551-2388
Phone(409)766-2424
Fax (409)766-2292

League City Office
174 Calder Rd.
League City, Tx 77573
Phone (281)316-8729
Fax (281) 316-8740

6/23/2014

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308 Capitol Station
Austin, Texas 78711

**IN RE: Ex Parte: Thomas Wayne Florence**
**CASE NUMBER – 10CR1217-83-3**
**56th District Court**

Dear Mr. Acosta:

Enclosed please find the Supplemental transcript on a Post Conviction Habeas Corpus in the above styled and numbered cause. Please acknowledge receipt of this transcript on the enclosed copy of this letter and return to my office.

Sincerely,

**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

By: /s/ Terrie Kahla

Enclosures

cc:    Thomas Wayne Florence, APPLICANT
       Honorable Jack Roady, District Attorney

**RECEIVED IN**
COURT OF CRIMINAL APPEALS

JUN 26 2014

Abel Acosta, Clerk

Receipt acknowledged of the above Supplemental transcript on the _____ day of _____, _____.

_____
Signature

*600 59th Street, Room 4001, Galveston County Justice Center, Galveston, Texas 77551-2388*

*Phone (409) 766-2424 Fax (409) 766-2292*



10CR1217-83-3
DCAPTL
Appeal – Transmittal Letter Returned from Cou
889430



# POST CONVICTION HABEAS CORPUS
## (ARTICLE 11.07, V.A.C.C.P.)

10CR1217-83-3– Court No. 56th District Court

PETITIONER: Thomas Wayne Florence #1729344
ADDRESS: 2101 FM 369 N
Iowa Park, Texas 76367

FROM: John D. Kinard, District Clerk
600 59th Street, Ste. 4001
Galveston, Texas 77551-2338

JUDGE: Lonnie Cox –56th District Court

ATTORNEY FOR PETITIONER:                ATTORNEY FOR STATE:

PRO SE                                  Jack Roady
                                        District Attorney
                                        600 59th Street, Ste. 1001
                                        Galveston, Texas 77551-2338

## INDEX

|                                        | Page |
| -------------------------------------- | ---- |
| Applicant's Response and Objection      | 1    |
| Case Summary                            | 8    |
| Clerks Certificate                      | 10   |

10CR1217-83-3
DCAPINDEX
Appeal – Index
853746



Alk

COPY

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

7/9/2014
Florence, Thomas Wayne    Tr. Ct. No. 10CR1217-83-3    WR-63,775-16
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DISTRICT CLERK GALVESTON COUNTY
JOHN KINARD
600 59TH ST. SUITE 4001
GALVESTON, TX 77551
* DELIVERED VIA E-MAIL *

COMPLETED

10CR1217-83-3
DCCOFCA
Correspondence from Court of Appeal
889262

Alk

A16

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

7/9/2014

**Florence, Thomas Wayne    Tr. Ct. No. 10CR1217-83-3        WR-63,775-16**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

DISTRICT ATTORNEY GALVESTON COUNTY
JACK ROADY
600 59TH STREET SUITE 1001
GALVESTON, TX 77551
* DELIVERED VIA E-MAIL *

A16

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS   FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

7/9/2014

**Florence, Thomas Wayne    Tr. Ct. No. 10CR1217-83-3    WR-63,775-16**

This is to advise that the Court has denied without written order the application for writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

THOMAS WAYNE FLORENCE
ALLRED UNIT - TDC #1729344
2101 FM 369 NORTH
IOWA PARK, TX 76367

Alm

Alm





# John D. Kinard
### DISTRICT CLERK
## GALVESTON COUNTY, TEXAS

Galveston Office
600 59th Street, RM 4409
Galveston, Tx 77551-2388
Phone(409)766-2424
Fax (409)766-2292

League City Office
174 Calder Rd.
League City, Tx 77573
Phone (281)316-8729
Fax (281) 316-8740

Thomas Wayne Florence #1729344
2101 FM 369 N.
Iowa Park, Texas 76367

### 7/14/2014

IN RE: **Thomas Wayne Florence**
Cause Number **10CR1217-83-3**

Dear **Thomas Wayne Florence**

Please find a copy of the notification to this office that the court of criminal appeals of the state of Texas has **denied** without written order your application for writ of habeas corpus.

Sincerely,

John D. Kinard
District Clerk
Galveston, County, Texas

By: Terrie Kahla, Deputy

10CR1217-83-3
DCCORR
Correspondence
891053





**John D. Kinard**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

Galveston Office
600 59th Street, RM 4409
Galveston, Tx 77551-2388
Phone(409)766-2424
Fax (409)766-2292

League City Office
174 Calder Rd.
League City, Tx 77573
Phone (281)316-8729
Fax (281) 316-8740

3/25/2015

Abel Acosta, Clerk
Court of Criminal Appeals
Supreme Court Building
P.O. Box 12308 Capitol Station
Austin, Texas 78711

**IN RE: Ex Parte: Thomas Wayne Florence**
**CASE NUMBER – 10CR1217-83-5**
**56th District Court**

Dear Mr. Acosta:

Enclosed please find the Supplemental transcript on a Post -Conviction Habeas Corpus in the above styled and numbered cause. Please acknowledge receipt of this transcript on the enclosed copy of this letter and return to my office.

Sincerely,

**JOHN D. KINARD**
**DISTRICT CLERK**
**GALVESTON COUNTY, TEXAS**

By: /s/ Terrie Kahla

Enclosures

cc:     Thomas Wayne Florence, APPLICANT
        Honorable Jack Roady, District Attorney

Receipt acknowledged of the above transcript on the _____ day of _____, _____.

_____
Signature

# POST CONVICTION HABEAS CORPUS
## (ARTICLE 11.07, V.A.C.C.P. )

10CR1217-83-5– Court No. 56th District Court

PETITIONER:    Thomas Florence #1729344
ADDRESS:      2101 FM 369 N.
               Iowa Park, Texas 76367


FROM:          John D. Kinard, District Clerk
               600 59th Street, Ste. 4001
               Galveston, Texas 77551-2338

JUDGE:        Lonnie Cox –56th District Court

ATTORNEY FOR PETITIONER:          ATTORNEY FOR STATE:

PRO SE                          Jack Roady
                                   District Attorney
                                   600 59th Street, Ste. 1001
                                   Galveston, Texas 77551-2338

## SUPPLEMENTAL INDEX

|  | Page |
|---|---|
| Correspondence with attached Exhibits dated March 16, 2015 | 1 |
| Petitioners Rebuttal and Response dated March 20, 2015 | 47 |
| Clerk Certificate | 66 |



# JOHN D. KINARD

## DISTRICT CLERK GALVESTON COUNTY

Thomas Wayne Florence
#1729344                                                          9/10/2014
2101 FM 369 N
Iowa Park, Texas 76367

Dear Thomas Wayne Florence,

Cause: 10-CR-1217, Styled: The State of Texas vs. Thomas Wayne Florence,
& filed in the 56th District Court of Galveston County, Texas

In response to your request that was received by this office on September 8, 2014 requesting copies of case summary sheets on 10CR1217-83-1 and 10CR1217-83-2 please find enclosed copies of the below documents filed in the above number and styled cause. The writ that was filed on October 17, 2011 (10CR1217-83) and on November 8, 2011 (10CR1217-83-2) does not have separate Case Summary sheets as they were filed in the Original Cause (10CR1217). Please refer to the original case summary for that information. As a courtesy I have provided you with the Case Summary sheet for 10CR1217-83-3. Per your request for a cost of the Application for Writ of Habeas Corpus that was filed in in 10CR1217-83-3, the document is 247 pages. The cost for a certified copy would be $247.00 and it would be $73.00 for non-certified copy.

1. Case Summary of 10CR1217
2. Case Summary of 10CR1217-83-3

Sincerely,

John D. Kinard
DISTRICT CLERK
GALVESTON COUNTY, TEXAS
By: _Terrie Kahla_
    Terrie Kahla, Deputy

CC: File Copy

A-1 Q

EVIDENCE
IN SUPPORT
OF MANDAMUS



**Cause Nos. 10CR1217-83-3**

| | | |
|---|---|---|
| **EX PARTE:** | § | **IN THE DISTRICT COURT OF** |
| | § | **GALVESTON COUNTY, TEXAS** |
| **THOMAS WAYNE FLORENCE** | § | **56TH JUDICIAL DISTRICT** |

## ANSWER TO APPLICATION FOR POST-CONVICTION WRIT OF HABEAS CORPUS

COMES NOW, the State of Texas, by and through her Criminal District Attorney of Galveston County, Texas, and files this Answer.

The State generally denies each and every allegation in the Application for Writ of Habeas Corpus.

Applicant raises 13 grounds in his 11.07 writ of habeas corpus. Applicant raised almost all of these issues in his direct appeal. *See Florence v. State*, 01-11-00822-CR, 2013 WL 3957696 (Tex. App.—Houston [1st Dist.] July 30, 2013, no pet.). The lower court's decision addressing and overruling these issues is attached.

Matters raised on direct appeal should not be re-litigated on habeas review unless the judgment is subsequently rendered void or a subsequent change in the law is made retroactive. *Ex parte Drake*, 883 S.W.2d 213, 215-16 (Tex. Crim. App. 1994). To the extent these issues weren't raised on

10CR1217-83-3
DCANO
Answer Original
844810

A2



direct appeal, they should've been. *Ex parte Banks*, 769 S.W.2d 539, 540 (Tex. Crim. App. 1989). "Even a constitutional claim is forfeited if the applicant had the opportunity to raise the issue on appeal." *Ex parte Townsend*, 137 S.W.3d 79, 81 (Tex. Crim. App. 2004).

Applicant also alleged that his rights were violated because his Motion to Recuse Justice Keyes was denied. A challenge to a lower court's ruling on a recusal motion is not cognizable in a writ of habeas corpus. *Green v. State*, 374 S.W.3d 434, 453 (Tex. Crim. App. 2012), reh'g denied (Aug. 22, 2012), *cert. denied*, 133 S. Ct. 473, 184 L. Ed. 2d 294 (U.S. 2012). "The writ of habeas corpus is the remedy to be used when any person is restrained in his liberty." TEX. CODE CRIM. PROC. art. 11.01. A correction of an erroneous ruling on a motion to recuse would not affect the legality of a defendant's literal "custody" or "restraint." *Green*, 374 S.W.3d at 453.

Applicant complained that his previous 11.07 habeas corpus writ filed on 10/26/2010 was not sent to the Court of Criminal Appeals. Applicant filed the 10/26/2010 before his district court trial. Applicant's mandate was issued on 03/14/2014. Accordingly, this Court had no jurisdiction. TEX. CODE CRIM. PROC. art. 11.07, §§ 1, 3 (a)-(b); *Ex parte Johnson*, 12 S.W.3d 472 (Tex. Crim. App. 2000).



Finally, Applicant maintains he has new evidence of his innocence. Applicant proffers what appears to be a newspaper article discussing the terms of pregnancy. The State argues that this is not new evidence and that this ground was reviewed as a sufficiency challenge on direct appeal.

If, the reviewing Court finds Applicant's article brings new evidence, then such evidence establishing innocence should be specifically weighed against the evidence of Applicant's guilt, including all of the testimony at trial. *See Ex parte Smith*, WR-80,100-01, 2014 WL 172300, *1 (Tex. Crim. App. Jan. 15, 2014) (not designated for publication). An applicant for habeas relief based on a claim of actual innocence must demonstrate that the newly discovered evidence, if true, creates a doubt as to the correctness of the verdict sufficient to undermine confidence in the verdict and that it is probable that the verdict would be different on retrial. *Ex Parte Holloway*, 413 S.W.3d 95, 97 (Tex. Crim. App. 2013). Here, the Applicant has not proved by clear and convincing evidence that the verdict would be different on retrial. *Id.* The Applicant has failed to prove that no reasonable juror would have convicted him in light of the new evidence. *Id.*

WHEREFORE, PREMISES CONSIDERED, the State prays the Court deny all relief sought by Applicant and send Applicant hence without delay.

Service was accomplished by mailing a true and correct copy of this

instrument to:

Thomas Wayne Florence
TDCJ Inmate No. 1729344
James V. Allred Unit
2101 FM 369 North
Iowa Park, TX 76367

Respectfully submitted,
JACK ROADY
Criminal District Attorney

ALLISON LINDBLADE
Assistant Criminal District Attorney
600 59th Street, Suite 1001
P.O. BOX 17254
Galveston, Texas 77552
(409) 766-2355
FAX: (409) 765-3261
SBOT # 24062850

4

Thomas Florence #1183344
2101 FM 369 N.
Iowa Park, TX. 76367

Clerk Of 14th
Court Of Appeals
301 Fannin. Sr. Ste. 245
Houston, TX. 77002

Legal Mail
4-1-15